BERNARD BERGMAN, Respondent, *v.* S. CHARLES HIRSCH-
BERG, Appellant.

(Submitted November 15, 1926; decided November 23, 1926.) ·

Motion for reargument denied, with ten dollars costs and
necessary printing disbursements.   (See 243 N. Y. 624.)

---

MARIA MALTESE, as Administratrix of the Estate of
NICHOLAS MALTESE, Deceased, Appellant, *v.* OVERSEAS
SHIPPING COMPANY, INC., Respondent.

*Appeal — failure to file undertaking — motion to dismiss denied on
service of copy of undertaking within ten days and payment of costs.*

Reported below, 217 App. Div. 754.

(Submitted November 15, 1926; decided November 23, 1926.) ·

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered June 28, 1926, affirming a
judgment in favor of defendant entered upon a verdict
directed by the court.   Also motion to require acceptance
of service of copy of undertaking with notice of filing.

The motion to dismiss was made upon the ground that
no undertaking had been filed.

*Ralph Stout* for appellant.

*Norman G. Hewitt* for respondent.

Motion to require respondent to accept copy of under-
taking granted on payment of ten dollars costs and
service within ten days.   In case undertaking is served
and costs paid, motion to dismiss appeal denied, with
ten dollars costs; otherwise, granted, and appeal dismissed,
with costs and ten dollars costs of motion.